IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS M. KING,

    Plaintiff,      No. CIV S-10-2927 KJM-KJN

    vs.

THE COUNTY OF SISKIYOU,

    Defendant.      <u>ORDER</u>

_____/

    This matter comes before the court upon its receipt of the notice of death of plaintiff. (ECF 13.) In light of plaintiff's death, the court hereby DENIES plaintiff's motion to strike as moot (ECF 9), VACATES the hearing on plaintiff's motion to strike, and GRANTS leave to re-notice the motion at a later date. In addition, the court VACATES the status (pretrial scheduling) conference and deadline for filing a joint status report (ECF 10), which will be reset if and when plaintiff's counsel substitutes plaintiff. In accordance with Federal Rule of Civil Procedure 25(a), counsel shall move the court for substitution within 90 days of service of the notice of death.

///

///

///

1

IT IS SO ORDERED.

DATED: March 25, 2011.

_____
UNITED STATES DISTRICT JUDGE