UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS M. KING, | Case No. 2:10-CV-02927-KJM-KJN |
| Plaintiff, | |
| vs. | ORDER DISMISSING ACTION |
| THE COUNTY OF SISKIYOU, | |
| Defendant. | |
| _____/ | |

      This matter comes before the court on the Motion of Defendant, County of Siskiyou, to dismiss the above entitled action, pursuant to Rule 25 of the Federal Rules of Civil Procedure on the grounds that plaintiff failed to timely file a motion for substitution of plaintiff after the filing and service of a Notice of Death of Plaintiff Dennis M. King (Document #13) as required by said Rule 25 of the Federal Rules of Civil Procedure and the order of this court (Document #14). Defendant's motion is unopposed.

      The court finds that the time within which plaintiff was required to file a motion for substitution of plaintiff (90 days after service of said Notice of Death) expired on June 21, 2011 and that plaintiff's attorney has failed to make a motion for substitution.

/////

/////

1  IT IS THEREFORE ORDERED:
2  1. Defendant's Motion to Dismiss (Document 15) is granted.
3  2. The Clerk of the Court is directed to enter judgment and close this file.
4  DATED: September 2, 2011.

_____
UNITED STATES DISTRICT JUDGE